# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Laron Young, | ) | Case No. 1:17-cr-194 |
| Defendant. | ) | |

Defendant is in custody awaiting final disposition of this matter. He is currently being housed at the Burleigh Morton Detention Center ("BMDC"). He has executed a plea agreement and is next scheduled to appear in court on May 17, 2018.

On May 2, 2018, he filed a motion seeking relocation to a different facility, the basis being: (1) as a BMDC detainee, he must wear a wristband that bears both his name and a bar code; (2) he requested that the name on his wristband be obscured in order to shield his identity from other detainees; and (3) BMCDC staff denied his request and thereafter taunted, assaulted, and otherwise physically abused him.

The United States Marshal, not the court, controls where defendant is housed while in custody. Defendant's motion (Doc. No. 81) is therefore **DENIED**. The court will alert the Marshal to defendant's concerns as, in addition to determining where defendant is housed, the Marshal is charged with ensuring defendant's safety and security while detained.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court